UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
KEVIN YAN LUIS, *on behalf of himself and all* :
*others similarly situated*, :
:
                          Plaintiff, :      23 Civ. 7595 (JPC)
:
        -v- :      <u>ORDER</u>
:
PROTECTIVE PET SOLUTIONS, LLC, :
:
                          Defendant. :
:
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On December 15, 2023, Plaintiff served Defendant with copies of the Summons and Complaint. Dkt. 5. Defendant's deadline to respond to the Complaint was therefore January 2, 2024. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). That deadline has passed, and the docket does not reflect a response to the Complaint from Defendant. Accordingly, the Court extends *sua sponte* Defendant's deadline to respond to the Complaint until February 2, 2024. If Defendant once again fails to respond to the Complaint by its deadline to do so, Plaintiff should seek a Certificate of Default by February 9, 2024.

      SO ORDERED.

Dated: January 26, 2024
       New York, New York                                   JOHN P. CRONAN
                                                      United States District Judge